Case 2:23-cr-00132-MKD    ECF No. 8    filed 11/21/23    PageID.12    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2023
SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** RICARDO CANTU         **CASE NO.** 2:23-CR-132-MKD-2

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A), (viii) | Distribution of 50 grams or more of actual (pure) methamphetamine | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a; |
| | 21 U.S.C. § 853 | Forfeiture | |